IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT,
IN AND FOR LEON COUNTY, FLORIDA.

CASE NO.: 2017 CA 001062
CIVIL DIVISION

LIONEL LEONARD and BARBARA LEONARD,

    Plaintiffs,

v.

GEICO GENERAL INSURANCE COMPANY,

    Defendant.
_____/

## SUMMONS

THE STATE OF FLORIDA:
To all and singular the sheriffs of said state:

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, Email Designation, First Interrogatories to Defendant, First Request for Production of Tangible Items from Defendant, and First Request for Admissions in the above-styled cause upon the Defendant:

    Geico General Insurance Company
    c/o Registered Agent, Chief Financial Officer
    Department of Financial Services – Service of Process Division
    Post Office Box 6200
    Tallahassee, Florida 32314

WITNESS MY HAND AND SEAL of said Court.

DATE: 5/19/2017

GWEN MARSHALL
As Clerk of said Circuit Court

By_____
Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written responses to the court you must also mail or take a copy of your written responses to the Plaintiff's Attorney whose address is Brooks, LeBoeuf, Bennett, Foster & Gwartney P.A., 909 East Park Avenue, Tallahassee, Florida 32301 within twenty days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint.