UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LIONEL LEONARD AND BARBARA
LEONARD,

    VS                                                        CASE NO.  4:17cv285-MW/CAS

GEICO GENERAL INSURANCE
COMPANY,

**JUDGMENT**

The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                                    JESSICA J. LYUBLANOVITS
                                                    CLERK OF COURT

 January 28, 2018                     s/Pam Lourcey
DATE                                       Deputy Clerk: Pamela Lourcey